IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHARLEAN McDONALD                                                                                    PLAINTIFF

VS.                                                                      CIVIL ACTION NO. 5:05cv67DCBMTP

JO ANNE B. BARNHART,
Commissioner of Social Security                                                                   DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court. Accordingly, the Commissioner's Motion to Dismiss for Failure to Prosecute [14] is DENIED. It is further ordered that the plaintiff's Motion to Strike [16] is denied, and that plaintiff's Motion for Extension of Time to File Dispositive Motion and Memorandum [17] is granted. Plaintiff is given thirty (30) days from entry of this order to file her dispositive motion and memorandum, and that she is warned that her failure to proceed timely with her case as ordered could result in its dismissal.

SO ORDERED, this the 5th day of January, 2007.

                                                           S/DAVID BRAMLETTE
                                                           UNITED STATES DISTRICT JUDGE