```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

CHARLEAN MCDONALD                                        PLAINTIFF

VS.                           CIVIL ACTION NO. 5:05-cv-67-DCB-MTP

MICHAEL J. ASTRUE, Commissioner of Social Security       DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on the plaintiff Charlean McDonald's Motion for Summary Judgment, the defendant's Motion for an Order Affirming the Decision of the Commissioner, and on Magistrate Judge Michael T. Parker's Report and Recommendation that the motion to affirm the decision of the commissioner be granted and this action dismissed with prejudice; and the Court having adopted the report and recommendation in an order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the above captioned cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the  30th  day of July, 2007.


                                     s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE